No. 529, Misc. ANDREWS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 505, Misc. SIPES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 534, Misc. TAYLOR *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 536, Misc. LOVELY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Chester E. Wallace* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 541, Misc. BUCK *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 552, Misc. WELLMAN *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 550, Misc. FERGUSON *v.* GEORGIA. Supreme Court of Georgia. Certiorari denied. *A. H. Leatherwood, Sr.* for petitioner. *Eugene Cook,* Attorney General of Georgia, and *Dan Winn* for respondent.

No. 545, Misc. McGRANE *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Harold Roland Shapiro* for respondent.